

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-15-00161-CR
_____

AMIR MUSTAFA KARIEM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 68,958-E; Honorable Douglas Woodburn, Presiding

June 9, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Amir Mustafa Kariem, through his attorney of record, filed a notice of appeal on April 8, 2015, expressing his intent to appeal his conviction for evading arrest or detention[1] and sentence of twenty-five years. On June 3, 2015, the Official Court Reporter for the 108th District Court of Potter County advised this court that trial court

---

[1] TEX. PENAL CODE ANN. § 38.04 (West Supp. 2014).

cause number 68,958-E was still pending and had not been tried.[2] Inquiry was made to the Potter County District Clerk who likewise confirmed that no judgment has been entered in the underlying case.

Generally, this court has no jurisdiction to consider an appeal where a judgment or conviction has not been entered. *Petty v. State*, 800 S.W.2d 582, 582 (Tex. App.—Tyler 1990, no pet.) (citing *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)). There being no final judgment of guilt or other appealable order, this appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.

---

[2] The reporter also notified this court that a companion case in trial court cause number 68,959-E had been tried and notice of appeal given. That case is currently pending in this court and bears cause number 07-15-00162-CR. Appellant has a different court-appointed counsel in that appeal.